SCHERL, Appellant, v. FLAM, Marshal, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.)

Action by Harry Scherl against Herman L. Flam, as a City Marshal of the City of New York.

PER CURIAM. Motion to dismiss appeal denied, without costs, on condition that the appellant perfect the appeal within five days, and pay the respondent $10 costs, case to be placed at the foot of the November calendar; otherwise, motion granted, with costs. See, also, 133 App. Div. 274, 117 N. Y. Supp. 654.